[S. F. No. 15738. In Bank.—September 4, 1936.]

W. J. LINSTEAD et al., Petitioners, v. THE SUPERIOR COURT OF MENDOCINO COUNTY, Respondent.

Hale McCowen for Petitioners.

No appearance for Respondent.

THE The petition for review is denied for the reason that a prior petition for review was filed in the District Court of Appeal and denied, and the remedy of petitioner is by petition for hearing by this court after decision in the District Court of Appeal, when such decision shall have become final. (*Page Co.* v. *Superior Court,* 134 Cal. 795 [231 Pac. 344]; *Barber* v. *Appellate Department, etc.,* 209 Cal. 435 [287 Pac. 979].)